E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 10-1625-GHK (PJWx); SA CV 10-1597-GHK (JEMx); CV 10-6523-GHK (RCx) | Date | December 8, 2010 |
|---|---|---|---|
| Title | *Jake Vale v. Paul St. Pierre, et al.* <br> *David Realty Company v. Jack D. Massimino, et al.* <br> *Jimmy Elias Karam v. Corinthian Colleges, Inc., et al.* | | |

**Presiding: The Honorable**   **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   **(In Chambers) Order**

      On December 1, 2010, this Court issued an Order re: Joint Briefing directing the parties to file a joint brief regarding consolidation, appointment of lead plaintiff, and appointment of lead counsel. The Parties in *Jake Vale v. Paul St. Pierre, et al.*, SA CV 10-1625-GHK (PJWx) and *David Realty Company v. Jack D. Massimino, et al.*, SA CV 10-1597-GHK (JEMx) filed a "Stipulation Consolidating Actions and Appointing Co-Lead Counsel under Rule 42" ("Stipulation") addressing each of these issues. Accordingly, the Court's December 1, 2010 Order is hereby **DISCHARGED** as it pertains to each of those issues. The sole issue in the December 1, 2010 Order that was not addressed by the Parties' Stipulation is whether *Karam* should be consolidated for pre-trial purposes. Accordingly, the parties shall address this issue in a Joint Briefing as ordered in the Court's December 1, 2010 Order by **January 15, 2011**.

      **IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk   Bea